# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>JAMES B. SHACKLEFORD (01),<br><br>     Defendant. | Case No. 02-10137-01-DDC |

## MEMORANDUM AND ORDER DISMISSING PETITIONER'S MOTION UNDER § 2255

Petitioner James B. Shackleford filed a Motion to Vacate Sentence under 28 U.S.C. § 2255, arguing that the underlying crime on which his conviction was based—Hobbs Act robbery—is no longer considered a "crime of violence" in light of the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015). Doc. 57. But, on January 15, 2019, the Supreme Court issued a decision in *Stokeling v United States*, resolving this issue against Mr. Shackleford. 139 S. Ct. 544, 554–55 (2019).[1]

In light of the *Stokeling* decision, Mr. Shackleford concedes that the Supreme Court has resolved the issue against him. Doc. 83 at 1. And Mr. Shackleford concedes that dismissal of his § 2255 motion is warranted. *Id.* at 2. The court thus dismisses Mr. Shackleford's § 2555 motion because *Stokeling* conclusively precludes his argument seeking relief. Also, the court declines to issue a certificate of appealability because no reasonable jurist would find the court's

---

[1]   After *Stokeling*, the Tenth Circuit issued a decision in *United States v. Harris*, confirming that "Hobbs Act robbery is categorically a 'crime of violence' under [18 U.S.C.] § 924(c)(3)'s element clause." __ F. App'x __, 2019 WL 360095, at *2 (10th Cir. Jan. 28, 2019) (recognizing that the Supreme Court decided *Stokeling* against petitioner's argument that a Hobbs Act robbery conviction is not a "crime of violence" under § 924(c)(3)) .

assessment of Mr. Shackleford's constitutional claims debatable or wrong.  *See Tennard v. Dretke*, 542 U.S. 274, 282 (2004) (explaining that, to secure a certificate of appealability, "the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong" (citation and internal quotation marks omitted)).

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendant James B. Shackleford's Motion to Vacate Sentence (Doc. 57) is dismissed.

**IT IS FURTHER ORDERED THAT** no certificate of appealability shall issue.

**IT IS SO ORDERED.**

**Dated this 28th day of February, 2019, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**